# Checkstub for Brittany C...



# Checkstub for Brittany C...



**Autumn R Tracy HHCSR**
1155 Dellwood St S
Apt 428
Cambridge, MN 55008

**paylocity**

Direct Deposit Advice

Check Date: March 31, 2025
Voucher Number: 50116

**DIRECT DEPOSIT VOUCHER**

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Huntington National | C | ***4763 | 600.00 |
| **Total Direct Deposits** | | | **600.00** |

195661  999-999-032999  153890 50116 50195  **195661**
Brittany Amber Corr
1155 Dellwood St S
Apt 428
Cambridge, MN 55008

**Non Negotiable - This is not a check - Non Negotiable**

**Autumn R Tracy HHCSR**

**Brittany Amber Corr**  **Earnings Statement**

| Employee ID | 153890 | Fed Taxable Income | 600.00 | Check Date | March 31, 2025 | Voucher Number | 50116 |
| Location | 999-999-032999 | Fed Filing Status | S | Period Beginning | March 9, 2025 | Net Pay | 600.00 |
| Hourly | $0.00 | State Filing Status | S-4 | Period Ending | March 22, 2025 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| CSG Hourl | 20.00 | 30.00 | 600.00 | 4,322.25 |
| Holiday CC | | | | 210.00 |
| **Gross Earnings** | | **30.00** | **600.00** | **4,532.25** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 0.00 |
| MN | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Huntington National Bank | C | ***4763 | 600.00 |
| **Total Direct Deposits** | | | **600.00** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Union | 23.49 | 0.00 |

Autumn R Tracy HHCSR | 1155 Dellwood St S Apt 428 Cambridge, MN 55008 | (952) 935-3515 | FEIN: 74-3185584





Checkstub for Brittany C...



| Autumn R Tracy HHCSR | | | | | | paylocity |
|---|---|---|---|---|---|---|
| 1155 Dellwood St S | | | Direct Deposit Advice | | | |
| Apt 428 | | | | | | |
| Cambridge, MN 55008 | | | Check Date | | Voucher Number | |
| | | | March 3, 2025 | | 36379 | |

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| DIRECT DEPOSIT VOUCHER | Huntington National | C | ***4763 | 405.00 |
| | Total Direct Deposits | | | 405.00 |

195661  999-999-032999  153890 36379 36471  **195661**

**Brittany Amber Corr**
1155 Dellwood St S
Apt 428
Cambridge, MN 55008

Non Negotiable - This is not a check - Non Negotiable

**Autumn R Tracy HHCSR**

**Brittany Amber Corr** — Earnings Statement

| Employee ID | 153890 | Fed Taxable Income | 405.00 | Check Date | March 3, 2025 | Voucher Number | 36379 |
| Location | 999-999-032999 | Fed Filing Status | S | Period Beginning | February 9, 2025 | Net Pay | 405.00 |
| Hourly | $0.00 | State Filing Status | S-4 | Period Ending | February 22, 2025 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| CSG Hourl | 20.00 | 20.25 | 405.00 | 3,122.25 |
| Holiday CC | | | | 210.00 |
| **Gross Earnings** | | **20.25** | **405.00** | **3,332.25** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 0.00 |
| MN | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Huntington National Bank | C | ***4763 | 405.00 |
| Total Direct Deposits | | | 405.00 |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Union | 21.49 | 0.00 |

# Checkstub for Brittany C...



# Checkstub for Brittany C...



# Checkstub for Brittany C...

